Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−12844−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sylvia M. Soliman
   aka First Last, aka Sylvia Mansour Soliman
   37 Samantha Way
   Spotswood, NJ 08884−1080

Social Security No.:
   xxx−xx−4250

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         9/19/18
Time:         10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 16, 2018
JAN: slf

                                      Jeanne Naughton
                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-12844-CMG
Sylvia M. Soliman                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Aug 16, 2018
                              Form ID: 132             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db           #Sylvia M. Soliman,    37 Samantha Way,    Spotswood, NJ 08884-1080
cr           +U.S. Bank National Association, not in its individ,    15480 Laguna Canyon Road,   Suite 100,
               Irvine, CA 92618-2132
517331229     12 Comenity Bank,    PO Box 182273,    Columbus, OH 43218-2273
517331230     American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
517331232     Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
517331233     Brunswick Urgent Care, P.A.,    3185 State Route 27,    Franklin Park, NJ 08823-1313
517331235     Chase,   PO Box 15153,    Wilmington, DE 19886-5153
517331236     Chase,   PO Box 15298,    Wilmington, DE 19850-5298
517331237     Chase Card Member Services,    PO Box 15153,    Wilmington, DE 19850-5153
517331238    +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
517331239    +Clearspring Loan Services,    18451 Dallas Pkwy,    Dallas, TX 75287-5209
517331242     Dance Stop Dance Education Center,     3215 Bordentown Ave,    Parlin, NJ 08859-1138
517434330    +Department Stores National Bank,    Citibank, N.A.,   701 East 60th Street North,
               Sioux Falls, SD 57104-0493
517331247     JH Portfolio Debt Equity,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517331248     KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517331250     Macy's,   Bankruptcy Department,    PO Box 8053,    Mason, OH 45040-8053
517331252    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar,    350 Highland Dr,    Lewisville, TX 75067-4177)
517331253     NJ E-ZPass Violation Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
517416789    +NJ Tpke. Auth.,    Mark Schneider, Esq.,    1 Turnpike Plz., POB 5042,
               Woodbridge, NJ 07095-5042
517382128    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517331255     PAM,   PO Box 1520,    Milwaukee, WI 53201-1520
517331257     Seaview Orthopaedic & Medical Assoc,    1200 Eagle Ave,    Ocean, NJ 07712-7631
517331262    +TD Bank USA / Target,    P.O. Box 673,    Minneapolis, MN 55440-0673
517331263    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,    4 Gatehall Dr Ste 350,
               Parsippany, NJ 07054-4522)
517369183    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
517427011    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank National Association,    Bankruptcy Department,
               PO Box 108,   St. Louis MO 63166-0108)
517331267     Wells Fargo Ban,    PO Box 14517,    Des Moines, IA 50306-3517
517437139     Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2018 00:01:36     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2018 00:01:34     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517331234     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 17 2018 00:07:49
               Capital One Bank USA, N.A.,    15000 Capital One Dr,    Richmond, VA 23238-1119
517331240     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 17 2018 00:01:22
               Comenity / Children's Place,    PO Box 182120,    Columbus, OH 43218-2120
517331241     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 17 2018 00:01:22     Comenity Bank,
               PO Box 182120,    Columbus, OH 43218-2120
517331243     E-mail/Text: mrdiscen@discover.com Aug 17 2018 00:00:38     Discover,   PO Box 30943,
               Salt Lake City, UT 84130
517331244     E-mail/Text: mrdiscen@discover.com Aug 17 2018 00:00:38     Discover Financial Services, LLC,
               PO Box 15316,    Wilmington, DE 19850-5316
517344232     E-mail/Text: cio.bncmail@irs.gov Aug 17 2018 00:01:01     IRS,   POB 7346,
               Philadelphia, PA 19101-7346
517331249     E-mail/Text: bnckohlsnotices@becket-lee.com Aug 17 2018 00:00:46     Kohl's / Capital One,
               PO Box 3115,    Milwaukee, WI 53201-3115
517411825    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 17 2018 00:01:34     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
517331251     E-mail/Text: bankruptcydpt@mcmcg.com Aug 17 2018 00:01:34     Midland Funding, LLC,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
517331254    +E-mail/Text: bnc@nordstrom.com Aug 17 2018 00:00:50     Nordstrom / TD,   13531 E Caley Ave,
               Englewood, CO 80111-6505
517353966     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2018 00:22:59
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
               Norfolk VA 23541
517353970     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2018 00:07:59
               Portfolio Recovery Associates, LLC,    c/o Jetblue Rewards Card,    POB 41067,
               Norfolk VA 23541
517342636     E-mail/Text: bnc-quantum@quantum3group.com Aug 17 2018 00:01:28
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 16, 2018
                              Form ID: 132             Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517331258      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 00:08:15      SYNCB / GAP,    P.O. Box 965005,
                 Orlando, FL 32896-5005
517331259       E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 00:08:51      SYNCB / TJX,    PO Box 965005,
                 Orlando, FL  32896-5005
517331260      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 00:08:52      SYNCB / Toys R US,
                 P.O. Box 965005,   Orlando, FL 32896-5005
517331256      +E-mail/Text: bankruptcy@savit.com Aug 17 2018 00:02:43       Savit Collection Agency,
                 P.O. Box 250,    East Brunswick, NJ 08816-0250
517333233      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 00:07:45      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517456400      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 00:07:45      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
517331261       E-mail/Text: bankruptcy@td.com Aug 17 2018 00:01:39       TD Bank N.A.,    70 Gray Rd,
                 Portland, ME  04105-2019
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517331231*      American Express,    PO Box 297871,   Fort Lauderdale, FL  33329-7871
517331245*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                 (address filed with court:  Discover Financial Services, LLC,    PO Box 15316,
                 Wilmington, DE  19850)
517331246*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    P.O. Box 9052,
                 Andover, MA  01810-9052)
517331264*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Corp,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ  07054-4522)
517331265*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  US Bank,    4325 17th Ave S,    Fargo, ND  58125-6200)
517331266*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  US Bank,    PO Box 108,   Saint Louis, MO  63166-0108)
                                                                                 TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Frederick J. Simon    on behalf of Debtor Sylvia M. Soliman simonmonahan216@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan
               Management Services dnj@pbslaw.org
              Thomas M. Monahan    on behalf of Debtor Sylvia M. Soliman simonmonahan216@gmail.com,
               tommon1@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```