Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                 Case No.:  18−12844−CMG
                 Chapter:  13
                 Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sylvia M. Soliman
   aka First Last, aka Sylvia Mansour Soliman
   37 Samantha Way
   Spotswood, NJ 08884−1080

Social Security No.:
   xxx−xx−4250

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/20/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 20, 2018
JAN: kmf

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-12844-CMG
Sylvia M. Soliman                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 3           Date Rcvd: Sep 20, 2018
                               Form ID: 148             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
```
db            #Sylvia M. Soliman,    37 Samantha Way,    Spotswood, NJ  08884-1080
cr            +U.S. Bank National Association, not in its individ,    15480 Laguna Canyon Road,    Suite 100,
                Irvine, CA 92618-2132
517331229      12 Comenity Bank,    PO Box 182273,    Columbus, OH  43218-2273
517331233      Brunswick Urgent Care, P.A.,    3185 State Route 27,    Franklin Park, NJ  08823-1313
517331239     +Clearspring Loan Services,    18451 Dallas Pkwy,    Dallas, TX 75287-5209
517331242      Dance Stop Dance Education Center,    3215 Bordentown Ave,    Parlin, NJ  08859-1138
517434330     +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
517331248      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
517331252    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar,     350 Highland Dr,    Lewisville, TX  75067-4177)
517331253      NJ E-ZPass Violation Processing Center,    PO Box 4971,    Trenton, NJ  08650-4971
517416789     +NJ Tpke. Auth.,    Mark Schneider, Esq.,    1 Turnpike Plz., POB 5042,
                Woodbridge, NJ 07095-5042
517382128     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517331255      PAM,    PO Box 1520,    Milwaukee, WI  53201-1520
517331257      Seaview Orthopaedic & Medical Assoc,    1200 Eagle Ave,    Ocean, NJ  07712-7631
517369183     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517736002      U.S. Bank National Association,,    c/o Rushmore Loan Management Services,    PO Box 52708,
                Irvine, CA 92619-2708
517736003     +U.S. Bank National Association,,    c/o Rushmore Loan Management Services,    PO Box 52708,
                Irvine, CA 92619-2708,    U.S. Bank National Association,,
                c/o Rushmore Loan Management Services 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 23:14:22      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 23:14:20      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517331230      EDI: AMEREXPR.COM Sep 21 2018 02:53:00      American  Express,    PO Box 297871,
                Fort Lauderdale, FL  33329-7871
517331232      EDI: TSYS2.COM Sep 21 2018 02:53:00      Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE  19899-8803
517331234      EDI: CAPITALONE.COM Sep 21 2018 02:53:00      Capital One Bank USA, N.A.,    15000 Capital One Dr,
                Richmond, VA  23238-1119
517331235      EDI: CHASE.COM Sep 21 2018 02:53:00      Chase,    PO Box 15153,    Wilmington, DE  19886-5153
517331236      EDI: CHASE.COM Sep 21 2018 02:53:00      Chase,    PO Box 15298,    Wilmington, DE  19850-5298
517331237      EDI: CHASE.COM Sep 21 2018 02:53:00      Chase Card Member Services,    PO Box 15153,
                Wilmington, DE  19850-5153
517331238     +EDI: CHASE.COM Sep 21 2018 02:53:00      Chase Card Services,    P.O. Box 15298,
                Wilmington, DE 19850-5298
517331240      EDI: WFNNB.COM Sep 21 2018 02:53:00      Comenity / Children's Place,    PO Box 182120,
                Columbus, OH  43218-2120
517331241      EDI: WFNNB.COM Sep 21 2018 02:53:00      Comenity Bank,    PO Box 182120,
                Columbus, OH  43218-2120
517331243      EDI: DISCOVER.COM Sep 21 2018 02:53:00      Discover,    PO Box 30943,
                Salt Lake City, UT  84130
517331244      EDI: DISCOVER.COM Sep 21 2018 02:53:00      Discover Financial Services, LLC,    PO Box 15316,
                Wilmington, DE  19850-5316
517344232      EDI: IRS.COM Sep 21 2018 02:53:00      IRS,    POB 7346,    Philadelphia, PA 19101-7346
517331247      E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Sep 20 2018 23:15:10
                JH Portfolio Debt Equity,    5757 Phantom Dr Ste 225,    Hazelwood, MO  63042-2429
517331249      EDI: CBSKOHLS.COM Sep 21 2018 02:53:00      Kohl's / Capital One,    PO Box 3115,
                Milwaukee, WI  53201-3115
517331250      EDI: TSYS2.COM Sep 21 2018 02:53:00      Macy's,    Bankruptcy Department,    PO Box 8053,
                Mason, OH  45040-8053
517411825     +EDI: MID8.COM Sep 21 2018 02:53:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
517331251      EDI: MID8.COM Sep 21 2018 02:53:00      Midland Funding, LLC,    8875 Aero Dr Ste 200,
                San Diego, CA  92123-2255
517331254     +E-mail/Text: bnc@nordstrom.com Sep 20 2018 23:13:49      Nordstrom / TD,    13531 E Caley Ave,
                Englewood, CO 80111-6505
517353966      EDI: PRA.COM Sep 21 2018 02:53:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517353970      EDI: PRA.COM Sep 21 2018 02:53:00      Portfolio Recovery Associates, LLC,
                c/o Jetblue Rewards Card,    POB 41067,    Norfolk VA 23541
517342636      EDI: Q3G.COM Sep 21 2018 02:53:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
517331258     +EDI: RMSC.COM Sep 21 2018 02:53:00      SYNCB / GAP,    P.O. Box 965005,    Orlando, FL 32896-5005
517331259      EDI: RMSC.COM Sep 21 2018 02:53:00      SYNCB / TJX,    PO Box 965005,    Orlando, FL  32896-5005
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Sep 20, 2018
                              Form ID: 148             Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517331260      +EDI: RMSC.COM Sep 21 2018 02:53:00      SYNCB / Toys R US,    P.O. Box 965005,
                 Orlando, FL 32896-5005
517331256      +E-mail/Text: bankruptcy@savit.com Sep 20 2018 23:15:03      Savit Collection Agency,
                 P.O. Box 250,    East Brunswick, NJ 08816-0250
517333233      +EDI: RMSC.COM Sep 21 2018 02:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517456400      +EDI: RMSC.COM Sep 21 2018 02:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517331261       EDI: TDBANKNORTH.COM Sep 21 2018 02:53:00      TD Bank N.A.,    70 Gray Rd,
                 Portland, ME  04105-2019
517331262      +EDI: WTRRNBANK.COM Sep 21 2018 02:53:00      TD Bank USA / Target,    P.O. Box 673,
                 Minneapolis, MN 55440-0673
517331263       EDI: TFSR.COM Sep 21 2018 02:53:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ  07054-4522
517427011       EDI: USBANKARS.COM Sep 21 2018 02:53:00      U.S. Bank National Association,
                 Bankruptcy Department,    PO Box 108,   St. Louis MO 63166-0108
517331265       EDI: USBANKARS.COM Sep 21 2018 02:53:00      US Bank,    4325 17th Ave S,   Fargo, ND  58125-6200
517331266       EDI: USBANKARS.COM Sep 21 2018 02:53:00      US Bank,    PO Box 108,
                 Saint Louis, MO  63166-0108
517331267       EDI: WFFC.COM Sep 21 2018 02:53:00      Wells Fargo Ban,    PO Box 14517,
                 Des Moines, IA  50306-3517
517437139       EDI: WFFC.COM Sep 21 2018 02:53:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 37

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517331231*      American Express,   PO Box 297871,   Fort Lauderdale, FL  33329-7871
517331245*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                 (address filed with court: Discover Financial Services, LLC,    PO Box 15316,
                 Wilmington, DE  19850)
517331246*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    P.O. Box 9052,
                 Andover, MA  01810-9052)
517331264*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corp,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ  07054-4522)
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Frederick J. Simon    on behalf of Debtor Sylvia M. Soliman simonmonahan216@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Sep 20, 2018
                              Form ID: 148             Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services dnj@pbslaw.org

        Thomas M. Monahan    on behalf of Debtor Sylvia M. Soliman simonmonahan216@gmail.com, tommon1@aol.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7